# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCELEVATE 2020, LLC and JOE RICHARD POOL,<br>    Plaintiffs<br><br>    v.<br><br>KATHRYN BOOCKVAR and JONATHAN MARKS,<br>    Defendants | No. 1:20-cv-00128<br><br>(Judge Kane) |

## ORDER

**AND NOW** on this 12th day of February 2020, upon consideration of the parties' joint motion for the entry of a stipulated order (Doc. No. 16), in which the parties request that the Court enter their proposed stipulated order (Doc. No. 16-1) to extend the temporary restraining order entered in this action on January 31, 2020 (Doc. No. 14), and in light of Defendants' representations to the Court during the telephonic status conference held on January 31, 2020 indicating their consent to an extension of said temporary restraining order, **IT IS ORDERED THAT** the parties' stipulated order (Doc. No. 16-1) is **APPROVED**, and the temporary restraining order entered on January 31, 2020 (Doc. No. 14) is **EXTENDED** until the close of the objection period regarding nomination petitions for purposes of the 2020 Pennsylvania Democratic primary election for President of the United States.[1]

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

---

[1] See Fed. R. Civ. P. 65(b)(2) (stating that a temporary restraining order is "not to exceed 14 days . . . unless before that time . . . the adverse party consents to a longer extension").